Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
3, 2003










Petition for
Writ of Mandamus Denied and Memorandum Opinion filed July 3, 2003.

 

 

 

 

 

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00689-CV

____________

 

IN RE ALLSTATE
INSURANCE COMPANY, Relator

 

 

_______________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

_______________________________________________

 

M E M O R A
N D U M  O P I N
I O N

            On June 20, 2003, relator filed a petition for writ of mandamus in this
Court.  See Tex. Gov’t Code Ann. § 22.221; (Vernon Supp. 2003); see also Tex. R. App. P. 52. 

            We deny relator’s
petition for writ of mandamus.

                                                                        PER
CURIAM

Petition Denied and Opinion
filed July 3, 2003.

Panel consists of Justices
Yates, Hudson, and Frost